699 A.2d 731

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William Joseph NOLAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1996.

Decided Sept. 18, 1997.

Barry H. Dyller, Wilkes Barre, for appellant.

Peter Paul Olszewski, Jr., Wilkes Barre, Melissa A. Berlot, Nanticoke, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.